UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KEENA HODGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:20-CV-256 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

___

| | |
|---|---|
| LEAH SHRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:20-CV-258 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

___

| | |
|---|---|
| EDDIE TATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:20-CV-259 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

___

| | |
|---|---|
| LAUREN ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:20-CV-260 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

___

| ROBERT FRIERSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:20-CV-261 |
| v. | ) | |
| C R BARD INCORPORATED, et al., | ) | |
| Defendants. | ) | |

| MORGAN BLEVINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:20-CV-262 |
| v. | ) | |
| C R BARD INCORPORATED, et al., | ) | |
| Defendants. | ) | |

| CHARLES GOODS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 2:20-CV-187 |
| v. | ) | |
| C R BARD INCORPORATED, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned cases are related to *Wanda Sinard v. C R Bard Incorporated, et al.*, No. 3:19-CV-358, and all other related cases. The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties. Therefore, these cases are related. *See* E.D. Tenn. L.R. 3.2(d)(3)(A)(2).

Because the first of these cases was assigned to District Judge Clifton L. Corker and Magistrate Judge H. Bruce Guyton, these cases will also be assigned to District Judge Clifton L. Corker and Magistrate Judge H. Bruce Guyton.  However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

*Bruce Guyton*
United States Magistrate Judge